IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Donald Hinerman, | : |
| Plaintiff | : Case No. 2:07-cv-00280 |
| v. | : Judge Smith |
| Michael J. Astrue, Commissioner of Social Security, | : Magistrate Judge |
| | : |
| Defendant | : |

**ORDER**

This matter is before the Court on Magistrate Judge Abel's March 25, 2008 Report and Recommendation. No objections have been filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation.

Because the administrative law judge failed to give legally sufficient consideration to Dr. Andrew R. Murry's medical opinion, the Court REMANDS this case to the Commissioner. On remand, Dr. Murry and the medical expert should be asked not only for a residual functional capacity evaluation, but also for an explanation of the symptoms and medical findings supporting the evaluation. They should further indicate which symptoms/medical findings/limitations are related to Hinerman's alcoholism and which are related to his other severe impairments.

/S/ George C. Smith
George C. Smith
United States District Judge